Todd Andrew Moyer
1815 S. Ardmore Avenue
Los Angeles, CA 90006


Cynthia Mary Janis
1815 S. Ardmore Avenue
Los Angeles, CA 90006


Craig M. Rankin
Levene, Neale, Bender, Rankin & Brill L.L.P.
1801 Avenue of the Stars
Suite 1120
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


American Express
P.O. Box 7825
Fort Lauderdale, FL 33329


Audi Financial Services
P.O. Box 2518
Houston, TX 77252-2518


Bank of America
P.O. Box 2518
Houston, TX 77252-2518

Citibank Mastercard
P.O. Box 6000
The Lakes, NV 89163


CountryWide Home Loans
P.O. Box 10219
Van Nuys, CA 91410


Countrywide Home Loans
P.O. Box 10329
Van Nuys, CA 91410-0329


Del Lage Landen Financial
c/o David Brody, Esq.
9404 Genesee Avenue
Ste 320
La Jolla, CA 92037


Discover Card
P.O. Box 15156
Wilmington, DE 19850-5158


Fleet Bank
Credit Card Services
P.O. Box 1070
Newark, NJ 07101-1070


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


Gerber Financial Management
8501 Wilshire Bvd., Ste 220
Beverly Hills, CA 90211-3118

Grodsky & Olecki, LLP
2001 Wilshire Blvd.
Santa Monica, CA 90403-5627


Honda Finance
P.O. Box 6070
Cypress, CA 90630-6070


Internal Revenue Service
SPF - Insolvency
300 N. Los Angeles St., #4062
Stop 5022
Los Angeles, CA 90012


Law Offices of Dennis Brager
10940 Wilshire Blvd.
18th Floor
Los Angeles, CA 90024


Mercantile National Bank
Century City Office
1880 Century Park East
Los Angeles, CA 90067


Nathalie Hoffman & Associates
13800 Marina Point Drive, #416
Marina Del Rey, CA 90292


Nordstroms Bank
P.O. Box 79134
Phoenix, AZ 85062-9134


Portfolio Financial Services
c/o Richard Solomon
Solomon, Grindle, Silverman et al
12555 High Bluff Drive, Ste 260
San Diego, CA 92130

Robert Sturm
c/o Jeffrey A. Norton, Esq.
Norton & Norton
16027 Ventura Blvd., Ste 650
Encino, CA 91436-2728


Robert Sturm
c/o Norton & Norton
16027 Ventura Blvd.
Suite 650
Encino, CA 91436


Salle Mae Servicing
PO Box 4600
Wilkes Barre, PA 18773-4600


Sonenschein Nath & Rosenthal
601 S. Figuera St., Suite 1500
Los Angeles, CA 90017


United Mileage Plus
Visa Bank Card Services
P.O. Box 94014
Palatine, IL 60094


Wells Fargo Card Services
PO Box 30086
Los Angeles, CA 90030-0086