**ORIGINAL**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ian S. Landsberg, Esq. (SBN 137431)<br>Casey Z. Donoyan, Esq. (SBN 224945)<br>LANDSBERG & ASSOCIATES<br>A Professional Law Corporation<br>5950 Canoga Avenue, Suite 605<br>Woodland Hills, California 91367<br>Telephone:    (818) 855-5900<br>Facsimile:    (818) 855-5910<br>Email: ilandsberg@landsberg-law.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for: Judgment Creditor, Robert B. Sturm | FOR COURT USE ONLY<br><br>FILED<br>JAN - 6 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>TODD ANDREW MOYER<br>CYNTHIA MARY JANIS<br><br>Debtor(s) | CASE NO.: LA04-31767TD<br>CHAPTER: 7<br>ADVERSARY NO.: N/A<br><br>**APPLICATION FOR RENEWAL OF JUDGMENT**<br><br>DATE: No hearing necessary<br>TIME:<br>COURTROOM:<br>PLACE: |

☒    Judgment creditor

☐    Assignee of record

applies for renewal of the judgment as follows:

1. Applicant (name and address):

    Robert B. Sturm, c/o Landsberg & Associates, 5950 Canoga Avenue, Suite 605, Woodland Hills, CA 91367.

2. Judgment debtor(s) (name and last known address):

    Todd Andrew Moyer – 11915 S. Darlington Street, Los Angeles, CA 90049
    Cynthia Mary Janis – 401 S. Barrington Avenue, Unit 223, Los Angeles, CA 90049

3. Original Judgment

  a. Case number *(specify)*: LA04-31767TD

  b. Entered on *(date)*: July 13, 2005

  c. Recorded:

  (1) Date: December 12, 2012; January 10, 2013; January 10, 2013

  (2) County: San Bernardino; Los Angeles; Riverside

  (3) Instrument No.: 2012-0545158; 20130043754; 2013-0015799

4. Judgment previously *renewed(specify each case number and date)*: N/A

5. Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $600,000.00 |
| b. | Costs after judgment | $0.00 |
| c. | Subtotal *(add a and b)* | $600,000.00 |
| d. | Credits after judgment | $0.00 |
| e. | Subtotal *(subtract d from c)* | $600,000.00 |
| f. | Interest after judgment | $238,586.42 (through January 5, 2015) |
| g. | Fee for filing renewal application | $ |
| h. | **Total renewed judgment** *(add e, f, and g)* | $838,586.42 |

☐ The amounts called for in items a-h are different for each debtor.
These amounts are stated for each debtor on Attachment 5.

6. ☐Renewal of judgment for   ☐possession.  ☐sale.

  a. ☒If judgment was not previously renewed, terms of judgment as entered:

  See true and correct copy of Stipulation for Entry of Judgment Determining Debt to be Not-Dischargeable and for Order Thereon attached hereto as Exhibit "A".

  b. ☐If judgment was previously renewed, terms of judgment as last renewed:

  c. ☐Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Date: January 5, 2015

| Casey Z. Donoyan | *(signature)* |
|---|---|
| (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

EXHIBIT "A"

1  ALLAN D. SARVER    SBN 106282
   Attorney at Law
2  16027 Ventura Boulevard
   Suite 660
3  Encino, California  91436

4  Telephone No.: (818) 981-0581
   Facsimile No.: (818) 981-0026
5
   NORTON & NORTON
6  Jeffrey Norton
   16027 Ventura Boulevard
7  Suite 650
   Encino, California  91436
8
   Telephone No.: (818) 906-3003
9  Facsimile No.: (818) 906-3706

10 Attorneys for Judgment Creditor
   ROBERT B. STURM
11

ENTERED
JUL 13 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

FILED
JUL 12 2005
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TODD ANDREW MOYER<br>CYNTHIA MARY JANIS<br><br>           Debtors | Chapter 7<br>CASE NO.: LA04-31767TD<br><br>ADV. NO.: N/A<br><br>STIPULATION FOR ENTRY OF<br>JUDGMENT DETERMINING DEBT TO<br>BE NOT-DISCHARGEABLE AND<br>FOR ORDER THEREON |

   **IT IS HEREBY STIPULATED** by and between the parties, Todd
Andrew Moyer ("Debtor") and Robert B. Sturm ("Creditor"),
individually and through their attorneys, as follows:

**A. RECITALS:**

   1.  The deadline for Creditor to file complaints objecting

Stipulation For Judgment re:
Non-Dischargeability of Debt

77LQ

1  to either discharge or dischargeability of debts pursuant to 11
2  U.S.C. §§523 & 727 has previously been extended for cause by this
3  court and pursuant to stipulation in open court to June 1, 2005.
4  The parties have stipulated to further continue the
5  aforementioned deadline to July 6, 2005.
6      2.  The parties have since entered into a settlement
7  agreement which is the subject of a motion which seeks approval
8  of same. Said Motion is set for hearing on June 29, 2005.
9      3.  This stipulation for entry of judgment is an attachment
10 to the Settlement and Release Agreement referenced in Paragraph 2
11 of the Settlement and Release Agreement and which agreement is
12 the subject of the pending Motion.
13     **NOW THEREFORE, IT IS HEREBY AGREED AS FOLLOWS:**
14     1.  The recitals set forth hereinabove are incorporated
15 herein by their reference.
16     2.  That Plaintiff, ROBERT B. STURM, shall have judgment as
17 against the Defendant, TODD ANDREW MOYER, in the sum of
18 $600,000.00.
19     3.  That said judgment shall be deemed to be not
20 dischargeable pursuant to 11 U.S.C. 523(a)(2)(A)&(B) and 11
21 U.S.C. §523(a)(4) of title 11 of United States Code.
22     4.  Enforcement of this Stipulation for Entry of Judgment
23 Re: Non-Dischargeability of Indebtedness and Judgment is subject
24 to the terms of that certain document entitled Settlement and
25 Release Agreement.
26     5.  This Stipulation may be executed in counterparts, and
27
28 Stipulation For Judgment re:
   Non-Dischargeability of Debt

1 | shall be fully effective if executed in such manner.

2 | IT IS SO STIPULATED:

3 |

4 | Dated: May 31, 2005                    Alan D. Sarver, Esq.
                                            ROBERT B. STURM

5 |

6 | Dated: ~~May~~ June 3, 2005

7 |                                         NORTON & NORTON
                                            Jeffrey A. Norton, Esq.
8 |                                         ROBERT B. STURM

9 |

10 | Dated: May 31, 2005                    Jacqueline L. Rodriguez, Esq.
                                            Levene Neale, Bender,
11 |                                        Rankin & Brill L.L.P.
                                            Attorneys for Debtors
12 |

13 | Dated: May 27, 2005                    TODD ANDREW MOYER

14 |

15 |

16 |                          **ORDER**

17 | The foregoing stipulation, having been reviewed and good

18 | cause appearing therefore, the same is hereby approved and **IT IS

19 | ORDERED AS FOLLOWS**:

20 |    A.  The within stipulation is hereby approved;

21 |    B.  The obligations created by that certain agreement

22 | entitled Settlement And Release Agreement are not dischargeable

23 | pursuant to  11 U.S.C. §§523(a)(2)(A)&(B) & 523(a)(4) of title 11

24 | of U.S. Code.

25 |    C.  Judgment is hereby entered in the sum of $600,000.00

26 | against Defendant TODD ANDREW MOYER, an individual, which

27 | judgment is not dischargeable pursuant to  11 U.S.C.

28 | Stipulation For Judgment re:
     Non-Dischargeability of Debt

1  §§523(a)(2)(A)&(B) & 523(a)(4) of title 11 of U.S. Code or any
2  amendments thereto.
3  **IT IS SO ORDERED.**
4
5  Dated: 7/12/05

THOMAS DONOVAN
U.S. BANKRUPTCY JUDGE

28 Stipulation For Judgment re:
   Non-Dischargeability of Debt

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re TODD ANDREW MOYER; CYNTHIA MARY JANIS | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER LA04-31767TD |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify):* STIPULATION FO ENTRY OF JUDGMENT DETERMINING DEBT TO BE NON-DISCHARGEABLE AND FOR ORDER THEREON

   was entered on *(specify date):* 7/13/05

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date):* 7/13/05

Dated: 7/13/05

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

In Re: Todd Andrew Moyer
       Cynthia Mary Janis
       Chapter 7, Case No. LA04-31767TD

SERVICE LIST

**DEBTORS**
TODD ANDREW MOYER
1815 S. ARDMORE AVENUE
LOS ANGELES, CA 90006

CYNTHIA MARY JANIS
1815 S. ARDMORE AVENUE
LOS ANGELES, CA 90006

**DEBTORS' COUNSEL**
CRAIG M. RANKIN ESQ.
JACQUELINE L. RODRIGUEZ ESQ
LEVENE NEALE BENDER
RANKIN & BRILL
1801 AVENUE OF THE STARS
SUITE 1120
LOS ANGELES, CA 90067

**CHAPTER 7 TRUSTEE**
HEIDE KURTZ
OFFICE OF HEIDE KURTZ
2515 S. WESTERN AVENUE
SUITE 11
SAN PEDRO, CA 90732

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
725 S. FIGUEROA STREET
SUITE 2600
LOS ANGELES, CA 90017

**REQUESTS FOR SPECIAL NOTICE**

**COUNSEL FOR MERCANTILE NATIONAL BANK**
RICHARD A. SHAFFER ESQ.
LAW OFFICES OF RICHARD A. SHAFFER
21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CA 91367-3665

**COUNSEL FOR AMERICAN EXPRESS CENTURION BANK**
C/O BECKET & LEE LLP
P.O. BOX 3001 DEPT. AC
MALVERN, PA 19355-0701

**COUNSEL FOR AMERICAN EXPRESS TRAVEL SVC CO. INC.**
C/O BECKET & LEE LLP
P.O. BOX 3001 DEPT. AC
MALVERN, PA 19355-0701

**COUNSEL FOR JUDGMENT CREDITOR**
ALLAN D. SARVER ESQ.
16027 VENTURA BLVD SUITE 660
ENCINO, CA 91436

Ian S. Landsberg, Esq. SBN 137431
Casey Z. Donoyan, Esq., SBN 224945
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
5950 Canoga Avenue, Suite 605
Woodland Hills, California 91367
Telephone: (818) 855-5900
Facsimile: (818) 855-5910

Attorney for Judgment Creditor, ROBERT STURM

LODGED
JAN 06 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

TODD ANDREW MOYER AND CYNTHIA MARY JANIS,

Debtors,

Case No. 2:04-bk-31767-TD

Chapter 7

**[PROPOSED] ORDER APPROVING APPLICATION FOR RENEWAL OF JUDGMENT**

The Court having reviewed the Application for renewal of Judgment filed by Judgment Creditor, Robert Sturm ("Application"), proper notice of the Application having been provided, no objection to the Application having been filed, and upon consideration of the entire record in this bankruptcy case, and other good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Application is approved;

2. The judgment entered on July 13, 2005 in the referenced case for $600,000 ("Judgment") is hereby renewed;

[PROPOSED] ORDER APPROVING APPLICATION FOR RENEWAL OF JUDGMENT
2211.001

3. The period of enforceability of the Judgment is extended 10 years from the date the Application was filed in accordance with section 683.120 of the California Code of Civil Procedure; and

4. The total amount of the Judgment as of January 5, 2015 is $838,586.42, which sum includes the original amount of the Judgment of $600,000.00 and accrued interest in the amount of $238,586.42 Interest on the Judgment will continue to accrue until the Judgment is fully satisfied.

###

2211.001

2

[PROPOSED] ORDER APPROVING APPLICATION FOR RENEWAL OF JUDGMENT